The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | No. 14-cv-00967-JLR |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | [PROPOSED] ORDER STAYING |
| ) | THE ACTION |
| T-MOBILE USA, INC., a corporation, ) | |
| ) | *Note on Motion Calendar:* |
| Defendant. ) | **October 20, 2014** |

The Federal Trade Commission ("FTC") and T-Mobile USA, Inc. ("T-Mobile"), through their undersigned counsel, jointly request that the Court enter an Order staying all deadlines in this action for 90 days. In support of this stipulation, the parties represent the following:

1. The FTC filed this action on July 1, 2014. *See* Dkt. 1.

2. Through its Order entered on October 2, 2014, the Court has set the following deadlines in this action: T-Mobile must answer or otherwise respond to the FTC's Complaint by October 20, 2014; the parties must hold their FRCP 26(f) conference by October 28, 2014; the parties must make their Initial Disclosures pursuant to FRCP 26(a)(1) by November 10, 2014; and the parties must file their Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) by November 10, 2014. *See* Dkt. 14.

3. The parties are engaged in substantive settlement talks that they believe would resolve this matter and eliminate the need for further litigation. The parties believe that a stay

STIPULATION AND  ORDER STAYING ACTION
Case No. 2:14-cv-00967-JLR

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3720

1

1  of 90 days will facilitate the completion of those discussions and, as necessary, provide

2  sufficient time for the parties to finalize any settlement.

3    4.  If the parties reach agreement on a settlement, they will promptly notify the

4  Clerk and file a proposed stipulated final judgment with the Court.

5    RESPECTFULLY SUBMITTED this 20th day of October, 2014.

6
         Davis Wright Tremaine LLP
         *Attorneys for T-Mobile USA, Inc*.

7

8  By *s/ Stephen M. Rummage*
   Stephen M. Rummage, WSBA #11168
   Steven P. Caplow, WSBA #19843

9     1201 Third Avenue, Suite 2200
   Seattle, WA  98101-3045

10    Telephone:  206-622-3150
   Fax:  206-757-7700

11    E-mail: steverummage@dwt.com
   E-mail:  stevencaplow@dwt.com

12

13 By *s/ Peter Karanjia*
   Peter Karanjia, *Pro Hac Vice*
   1919 Pennsylvania Avenue, N.W.

14    Suite 800
   Washington, D.C. 20006-3401

15    Telephone:  202-973-4200
   Fax:  202-973-4499

16    E-mail:  peterkaranjia@dwt.com

17 Federal Trade Commission

18 By *s/ Brian S. Shull*
   Brian S. Shull, *Conditionally Admitted*

19    Jane M. Ricci, *Conditionally Admitted*
   600 Pennsylvania Avenue, N.W.

20    CC-10232
   Washington, D.C. 20580

21    Telephone: 202-326-3720
   Fax: 202-326-3768

22    E-mail:  bshull@ftc.gov
   E-mail:  jricci@ftc.gov

23

24

25

26

27

STIPULATION AND ORDER STAYING ACTION
Case No. 2:14-cv-00967-JLR

2

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3720

DWT 25042394v3 0102559-000138

**ORDER**

Pursuant to the foregoing Stipulation, IT IS SO ORDERED.

This matter is stayed for 90 days.  The Court hereby vacates the deadlines established in its Order entered on October 2, 2014.  Dkt. 14.  The parties are directed to report to the Court on the status of settlement discussions no later than ninety (90) days from the date of this Order.

Dated this ___ day of October, 2014.

James L. Robart
United States District Judge

STIPULATION AND ORDER STAYING ACTION
Case No. 2:14-cv-00967-JLR

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3720

3

DWT 25042394v3 0102559-000138

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 20th day of October, 2014.

Davis Wright Tremaine LLP
*Attorneys for T-Mobile USA, Inc.*

By *s/ Stephen M. Rummage*
   Stephen M. Rummage, WSBA #11168
   1201 Third Avenue, Suite 2200
   Seattle, Washington  98101-3045
   Telephone:  (206) 622-3150
   Fax:  (206) 757-7700
   E-mail:  steverummage@dwt.com
STIPULATION AND ORDER STAYING ACTION
Case No. 2:14-cv-00967-JLR

4

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC  20580
(202) 326-3720

DWT 25042394v3 0102559-000138