The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., a corporation,<br><br>Defendant. | No. 14-cv-00967-JLR<br><br>STIPULATION AND [PROPOSED] ORDER STAYING THE ACTION<br><br>*Note on Motion Calendar:*<br>**October 20, 2014** |

The Federal Trade Commission ("FTC") and T-Mobile USA, Inc. ("T-Mobile"), through their undersigned counsel, jointly request that the Court enter an Order staying all deadlines in this action for 90 days. In support of this stipulation, the parties represent the following:

1. The FTC filed this action on July 1, 2014. *See* Dkt. 1.

2. Through its Order entered on October 2, 2014, the Court has set the following deadlines in this action: T-Mobile must answer or otherwise respond to the FTC's Complaint by October 20, 2014; the parties must hold their FRCP 26(f) conference by October 28, 2014; the parties must make their Initial Disclosures pursuant to FRCP 26(a)(1) by November 10, 2014; and the parties must file their Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) by November 10, 2014. *See* Dkt. 14.

3. The parties are engaged in substantive settlement talks that they believe would resolve this matter and eliminate the need for further litigation. The parties believe that a stay

STIPULATION AND ORDER STAYING ACTION
Case No. 2:14-cv-00967-JLR

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3720

1

DWT 25042394v3 0102559-000138

1  of 90 days will facilitate the completion of those discussions and, as necessary, provide
2  sufficient time for the parties to finalize any settlement.

3      4.    If the parties reach agreement on a settlement, they will promptly notify the
4  Clerk and file a proposed stipulated final judgment with the Court.

5      RESPECTFULLY SUBMITTED this 20th day of October, 2014.

Davis Wright Tremaine LLP
*Attorneys for T-Mobile USA, Inc.*

By *s/ Stephen M. Rummage*
Stephen M. Rummage, WSBA #11168
Steven P. Caplow, WSBA #19843
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: 206-622-3150
Fax: 206-757-7700
E-mail: steverummage@dwt.com
E-mail: stevencaplow@dwt.com

By *s/ Peter Karanjia*
Peter Karanjia, *Pro Hac Vice*
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20006-3401
Telephone: 202-973-4200
Fax: 202-973-4499
E-mail: peterkaranjia@dwt.com

Federal Trade Commission

By *s/ Brian S. Shull*
Brian S. Shull, *Conditionally Admitted*
Jane M. Ricci, *Conditionally Admitted*
600 Pennsylvania Avenue, N.W.
CC-10232
Washington, D.C. 20580
Telephone: 202-326-3720
Fax: 202-326-3768
E-mail: bshull@ftc.gov
E-mail: jricci@ftc.gov

STIPULATION AND ORDER STAYING
ACTION
Case No. 2:14-cv-00967-JLR

2

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3720

DWT 25042394v3 0102559-000138

**ORDER**

Pursuant to the foregoing Stipulation, IT IS SO ORDERED.

This matter is stayed for 90 days. The Court hereby vacates the deadlines established in its Order entered on October 2, 2014. Dkt. 14. The parties are directed to report to the Court on the status of settlement discussions no later than ninety (90) days from the date of this Order.

Dated this 21st day of October, 2014.

James L. Robart
United States District Judge

STIPULATION AND ORDER STAYING ACTION
Case No. 2:14-cv-00967-JLR

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(202) 326-3720

3

DWT 25042394v3 0102559-000138